HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | No.  CR06-27JCC |
| Plaintiff,   ) | |
| ) | ORDER CONTINUING TRIAL |
| v.   ) | DATE |
| ) | |
| KHAU THANH LE,   ) | |
| QUANG LY,   ) | |
| ) | |
| Defendants.   ) | |

Defendant KHAU THANH LE and Defendant QUANG LY through their respective counsel move to continue trial. The defendants submit the defense need for a continuance outweighs the public's interest in a speedy trial.

The discovery in this case is extensive and the charges are complex. The defense contends more time is needed for defense investigation. The defense also indicates a trial continuance will allow them an opportunity to negotiate towards an agreed disposition of charges and a plea agreement.

The defendants request that trial be continued until May 3, 2006. The defendants agree to file speedy trial waivers

excluding time from the running of the Speedy Trial clock from the granting of a continuance until the new trial date. The government does not object.

In view of the parties' agreement to continue the trial date and each defendant's knowing, voluntary, and intelligent waiver or anticipated waiver of his right to a speedy trial, this Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

The parties' motion for continuance is GRANTED. Trial is reset for May 3, 2006, at 9:30 a.m. The time from March 20, 2006, through May 3, 2006, shall be excludable under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A), 3161(h)(B)(i), and 3161(h)(B)(ii).

All pretrial motions shall be filed on or before March 31, 2006.

Dated this 3rd day of March 2006.

_____
HON. JOHN C. COUGHENOUR